**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ROBERT TATE,**<br> *Plaintiff,* | § <br> § <br> § | |
| **v.** | § <br> § | **C.A. NO. 5:26-cv-02223** |
| **WATERFLEET, LLC,**<br> *Defendant.* | § <br> § <br> § | |

**<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE COURT:

COMES NOW, Pursuant to 28 U.S.C. § 1446(a), Defendant WATERFLEET, LLC, and files this Notice of Removal, hereby removing this action from the 37th District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division. Removal is based on federal question jurisdiction because some of Plaintiff Robert Tate's ("Plaintiff") claims arise under laws of the United States, as he has pleaded causes of action under the Family and Medical Leave Act (FMLA) and the Fail Labor Standards Act (FLSA).

**I.      <u>INTRODUCTION</u>**

1.      Plaintiff Robert Tate (from here on "Plaintiff" or "Tate") filed his Original Petition on February 13, 2026, in the 37th District Court of Bexar County, Texas, located at 101 Nueva Street, Suite 217, San Antonio, Texas 78205, styled Robert Tate v. Waterfleet, LLC, Cause No. 2026CI03430.

2.      The Citation was issued on February 26, 2026, and service was executed on Defendant by certified mail to Defendant's registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

3.      Defendant received service of the Citation and Original Petition on March 4th, 2026.

4.      This Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant and is thus timely under 28 U.S.C. §1446(b).

## II.      GROUNDS FOR REMOVAL

5.      This is a case over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331, and which may be removed to this Court by Defendants due to federal question jurisdiction pursuant to 28U.S.C. § 1441(a).

6.      A case arises under federal law if a complaint establishes that either: (1) federal law creates the cause of action or (2) the plaintiff's right to relief necessarily depends on the resolution of a substantial question of federal law. *Empire Healthchoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 689-90 (2006); *Singh* v. *Duane Morris LLP*, 538 F.3d 334, 337-38 (5th Cir. 2008).

7.      In his Original Petition, Plaintiff alleges in Section IX, Count 4 (titled "Interference with Plaintiff's Rights under the Family Medical Leave Act") certain violations under the Family Medical Leave Act (FMLA). **EXHIBIT 1, ¶26 (a)-(f).** Plaintiff further alleges in Section X, Count 5 (titled "Retaliation in Violation of the Fair Labor Standards Act") certain violations under the Fair Labor Standards Act (FLSA).  **EXHIBIT 1, ¶27.**

8.      Thus, removal to federal court is proper as the Plaintiff is alleging violations of a federal statute.

## III.      VENUE

9.      Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division encompass the District Courts of Bexar County, Texas, the forum in which the removed action was previously pending.

## IV.      PROCEDURAL REQUIREMENTS

10.     Pursuant to 28 U.S.C. §1446(a), the Notice of Removal has the following attachments:

**EXHIBIT LIST OF DOCUMENTS FOR REMOVAL**

**EXHIBIT 1**   Petition;

**EXHIBIT 2**   Citation of Service;

**EXHIBIT 3**   Citation Certified Mail WaterFleet, LLC;

**EXHIBIT 4**   Return of Service - WaterFleet, LLC;

**EXHIBIT 5**   Original Answer of WaterFleet, LLC;

**EXHIBIT 6**   State Court Docket Sheet;

**EXHIBIT 7**   Civil Cover Sheet; and,

**EXHIBIT 8**   Supplement to JS 44 Civil Cover Sheet for Cases Removed from State District Court

11.     Pursuant to 28 U.S.C. § l446(c)(1), the undersigned hereby informs that this matter is currently active and pending in the 37th District Court of Bexar County, Texas.

12.     Pursuant to 28 U.S.C. § l446(d), written notice of filing of this Notice of Removal is being given to all adverse parties via CM/ECF as well as courtesy copies being served via email.

13.     Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed in the 37th District Court of Bexar County, Texas, promptly after this filing.

## V.    GROUNDS FOR REMOVAL

14.     This Court has original jurisdiction over this action pursuant to federal question jurisdiction.

15.     Plaintiff's Original Petition asserts claims arising under the laws of the United States, specifically the Family and Medical Leave Act (FMLA) and the Fair Labor Standards Act (FLSA).

16.     Count 4 of Plaintiff's Original Petition alleges interference with Plaintiff's rights under the Family and Medical Leave Act.

17.     Count 5 of Plaintiff's Original Petition alleges retaliation in violation of the Fair Labor Standards Act.

18.     Because Plaintiff's Original Petition asserts claims arising under federal law, this Court has original jurisdiction over this action.

19.     Plaintiff's Original Petition also asserts state law claims under the Texas Labor Code for age discrimination, retaliation for opposing age discrimination, and disability discrimination.

20.     These state law claims arise from the same nucleus of operative facts as the federal FMLA and FLSA claims and form part of the same case or controversy.

21.     This Court may exercise supplemental jurisdiction over the state law claims because they are so related to the federal claims that they form part of the same case or controversy.

22.     On this same day we are submitting via email a copy of this document to counsel for Plaintiff.

23.     On this date we are also filing a copy of this Notice of Removal in the matter filed in state court, specifically, Robert Tate v. Waterfleet, LLC, Cause No. 2026CI03430, in the 37th District Court of Bexar County, Texas.

## VI.     CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant WATERFLEET, LLC respectfully request that the above-captioned action now pending in the 37TH District Court of Bexar County, Texas, be removed to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

**MEADERS & ALFARO**

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**
State Bar No. 24086849
Federal ID No. 2981398
1330 Post Oak Blvd. Suite 801
Houston, TX 77056
Tel:  (713) 403-3125
Fax: (855) 602-8224
Email: salfaro@meaderslaw.com
**ATTORNEYS FOR DEFENDANT,**
**WATERFLEET, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2026, I electronically filed the foregoing document with the Clerk of the Court for THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION using the CM/ECF system, and served the foregoing document upon Plaintiff's Counsel of record *via* electronic mail.

Adam Poncio
Alan Braun
Poncio Law Offices
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
aponcio@ponciolaw.com
abraum@ponciolaw.com
*Attorneys for Plaintiff*

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**

---

**NOTICE OF REMOVAL**                                                    Page | 5