CERTIFIED MAIL  9589 0710 5270 1178 0467 12

**Case Number: 2026CI03430**

**ROBERT  TATE VS WATERFLEET, LLC**
(Note: Attached Document May Contain Additional Litigants.)

IN THE 37th District Court
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**

**DIRECTED TO:**   WATERFLEET, LLC
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET, STE 620
AUSTIN TX  78701

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **ORIGINAL PETITION** was filed **on this the 13th day of February, 2026.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **26TH DAY OF FEBRUARY, 2026.**

<u>**ALAN BRAUN**</u>
**ATTORNEY FOR PLAINTIFF**
**5410 Fredericksburg RD STE 109**
**San Antonio TX  78229-3550**



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
By: /s/ *Brenda Carrillo*
**Brenda Carrillo, Deputy**

---

| ROBERT  TATE VS WATERFLEET, LLC | Officer's Return | Case Number: 2026CI03430 |
| --- | --- | --- |
| | | Court: 37th District Court |

Came to hand on the 26th day of February, 2026, at  7:31 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____, 20_____, by delivering to: _____ at 211 E 7TH STREET, STE 620, AUSTIN TX  78701 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION.

Cause of failure to execute this is

_____.



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ *Brenda Carrillo*
**Brenda Carrillo, Deputy**