

US POSTAGE PITNEY BOWES

ZIP 78204 $ 011.02⁰
02 4W
0000387844 FEB 26 2026

CERTIFIED MAIL

Gloria A. Martinez
Bexar County District
101 W. Nueva, Suite 217
San Antonio, TX 78205

*RETURN SERVICE REQUESTED*

WATERFLEET, LLC
C/O CORPORATION SERVICE COMPANY DBA CSC LAWYERS INC SERVICE
COMPANY
211 E 7TH STREET, STE 620
AUSTIN, TX 78701
Brenda Carrillo Citation Certified_Mail_2026Cl03430