## **EXHIBIT 4**

CERTIFIED MAIL | 9589 0710 5270 1178 0467 12

**Case Number: 2026CI03430**

**ROBERT TATE VS WATERFLEET, LLC**                                                          IN THE 37th District Court
(Note: Attached Document May Contain Additional Litigants.)                    BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**
**DIRECTED TO:**         WATERFLEET, LLC
                        BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCORPORATING SERVICE COMPANY
                        211 E 7TH STREET, STE 620
                        AUSTIN TX  78701

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **ORIGINAL PETITION** was filed **on this the 13th day of February, 2026.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **26TH DAY OF FEBRUARY, 2026.**

**ALAN BRAUN**
**ATTORNEY FOR PLAINTIFF**
**5410 Fredericksburg RD STE 109**
**San Antonio TX 78229-3550**



Gloria A. Martinez
**Bexar County District Clerk**
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ *Brenda Carrillo*
**Brenda Carrillo, Deputy**

---

| ROBERT TATE VS WATERFLEET, LLC | Officer's Return | Case Number: 2026CI03430 |
| | | Court: 37th District Court |

Came to hand on the 26th day of February, 2026, at 7:31 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the ___4___ day of _____*March*_____, 20 _2_ _6_ , by delivering to: _____*Chandler Crow*_____ at 211 E 7TH STREET, STE 620, AUSTIN TX  78701 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION.

Cause of failure to execute this is

_____



Gloria A. Martinez
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ *Brenda Carrillo*
**Brenda Carrillo, Deputy**

**FILED**
3:04 O'CLOCK ___P___ M

**MAR 0 9 2026**

District Clerk Bexar County, Texas
BY _____ DEPUTY

DOCUMENT SCANNED AS FILED

Copy from re:SearchTX



Copy from re:SearchTX

**EXHIBIT 4**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Chandler Crow  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  0 4 20.0  C. Date of Delivery |
| 1. Article Addressed to:<br><br>WATERFLEET, LLC<br>C/O CORPORATION SERVICE COMPANY DBA CSC LAWYERS INC SERVICE COMPANY<br>211 E 7TH STREET, STE 620<br>AUSTIN, TX 78701<br>Brenda Carrillo Citation Certified Mail 2026C103430 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>Viva Tejas Logistics |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9259 4295 5274 07 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1178 0467 12 | ☐ Mail Restricted Delivery |

Copy from re-SearchTX

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

**EXHIBIT 4**



USPS TRACKING #

9590 9402 9259 4295 5274 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

2026 MAR -9 PM 3: 04

BY _____ DEPUTY

• Sender: Please print your name, address, and ZIP+4® in this box•

Gloria A. Martinez
Bexar County District Clerk
101 W Nueva St, Suite 217
San Antonio, TX 78205

Copy from re:SearchTX