**EXHIBIT 6**

### 37th District Court

## Case Summary

**Case No. 2026CI03430**

| | | |
|---|---|---|
| **ROBERT TATE VS WATERFLEET, LLC** | § | Location: **37th District Court** |
| | § | Judicial Officer: **37th, District Court** |
| | § | Filed on: **02/13/2026** |

---

### Case Information

Case Type: EMPLOYMENT-DISCRIMINATION
Case Status: **02/13/2026   Pending**

### Assignment Information

**Current Case Assignment**
Case Number     2026CI03430
Court             37th District Court
Date Assigned   02/13/2026
Judicial Officer  37th, District Court

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **TATE, ROBERT** | **BRAUN, ALAN** *Retained* |
| **Defendant** | **WATERFLEET, LLC** | **ALFARO, SONIA B** *Retained* |

### Events and Orders of the Court

| | |
|---|---|
| 02/13/2026 | New Cases Filed (OCA) |
| 02/13/2026 | PETITION |
| 02/26/2026 | **Citation Certified Mail** WATERFLEET, LLC Served: 03/04/2026 |
| 03/09/2026 | RETURN OF SERVICE - SUCCESSFUL *WATERFLEET, LLC* |
| 03/30/2026 | ORIGINAL ANSWER OF *WATERFLEET, LLC* |